**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AMALIA KLINE,                      :      Civil No. 3:18-cv-1938

           Plaintiff            :      (Judge Mariani)

      v.                             :                    **FILED**
                                       **SCRANTON**

PAROLE OFFICER LORI LYNDE, *et al.*, :
                                     OCT 2 3 2018

           Defendants          :      PER _____
                                         DEPUTY CLERK

**ORDER**

**AND NOW**, this 23rd day of October, 2018, in accordance with the

Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1.     Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion, (Doc. 2), is **GRANTED**.

2.     The complaint (Doc. 1) is deemed filed.

3.     Plaintiff shall **FILE** an amended complaint on or before November 13, 2018.

4.     The amended complaint shall contain the same case number that is presently assigned to this action, 3:18-cv-1938, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* Fed. R. Civ. P. 8(d).

5.     Failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge